OPINION — AG — ** COURT FUND — PURCHASE OF EQUIPMENT ** QUESTION: " IF A COURTHOUSE ELEVATOR CAN BE INSTALLED AND PAID OUT OF THE COURT FUND " ? — (WE HAVE FOUND ONE CASE THAT INSTALLATION OF AN ELEVATOR DID NOT CONSTITUTE " IMPROVEMENTS " WITHIN A TERM OF A LEASE.) WE FIND THAT THE MATTER IS UP TO THE DISCRETION OF THE COUNTY ATTORNEY, COUNTY JUDGE, AND DISTRICT JUDGE. CITE: 62 O.S. 323 [62-323] (COURTHOUSE, IMPROVEMENTS, MAINTENANCE) (SAM H. LATTIMORE)